In the Matter of HERMAN BRANDT, in the Matter of JAMES A. BEHA, Superintendent of Insurance of the State of New York.— Motion denied. (See *People ex rel. Joline* v. *Willcox*, 198 N. Y. 433.) Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUIS K. SCHWARTZ v. GLADYS S. WHYTE.— Motion granted, and appellant's time in which to serve and file record on appeal extended to and including January 25, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE CONDE, NAST PUBLICATIONS, INC., v. MABEL SMITH.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB L. STULSAFT v. LONG MOTOR SALES COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FANNIE STERN v. MAIN THEATRES CORPORATION.— Application granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BENJAMIN CHRISTIANSEN v. DOMENICK NAPOLI.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARMAC BUILDING AND HOLDING CORPORATION v. VASSAR GARAGE CORPORATION.— Application granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GRAHAM C. KING v. MARWOL RADIO CORPORATION.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DAVID KATZ v. CAPITAL CITY SURETY COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

RUBETT REALTY CORPORATION v. "JOHN" BESSIN (Apartment 7).— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JULIUS B. BAER v. WILLIAM E. THOMS, Individually, and Others.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPHINE MEDIO, as Administratrix, etc., v. METROPOLITAN LIFE INSURANCE COMPANY.— Application granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Transfer Tax upon the Estate of SAMUEL POMEROY COLT, Deceased.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLOTTE G. MEYER, Respondent, v. PAUL B. SCARFF and Another, as Executors, etc. of ANTON H. MEYER, Deceased, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MURRAY BURTIS, Appellant, v. JAMES F. WHITE & Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.